```
            FILED _____   ____ LODGED
            RECEIVED _____  ____ COPY

                  SEP 20 2018

            CLERK U S DISTRICT COURT
              DISTRICT OF ARIZONA
         BY_____ DEPUTY
```

ELIZABETH A. STRANGE
First Assistant U.S. Attorney
District of Arizona
ROSALEEN O'GARA
Assistant U.S. Attorney
Arizona State Bar No. 029512
JONATHAN GRANOFF
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: rosaleen.ogara@usdoj.gov
Email: jonathan.granoff@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

18-03295MJ

| United States of America, | INFORMATION |
|---|---|
| Plaintiff, | Violation: 36 C.F.R. § 261.5 |
| vs. | (Causing a Fire Without a Permit) |
| Dennis Dickey, | (Class B Misdemeanor) |
| Defendant. | |

One or about April 23, 2017, at or near Green Valley, in the District of Arizona, defendant, Dennis Dickey, did cause timber, trees, slash, brush, and grass to burn without a permit, thereby threatening and endangering property of the United States administered by the Forest Service, to wit: Coronado National Forest, in violation of Title 36, Code of Federal Regulations, Section 261.5.

Dated this 20th day of September, 2018.

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

ROSALEEN O'GARA
JONATHAN GRANOFF
Assistant U.S. Attorneys