ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
ROSALEEN T. O'GARA
JONTHAN B. GRANOFF
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: rosaleen.ogara@usdoj.gov
         jonathan.granoff@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | MAG. NO. 18-03295MJ |
|---|---|
| Plaintiff, | |
| vs. | NOTICE OF APPEARANCE OF GOVERNMENT COUNSEL |
| Dennis Dickey, | |
| Defendant. | |

The United States of America, by and through its undersigned attorneys, gives notice that JONATHAN B. GRANOFF and ROSALEEN T. O'GARA file their notice of appearance as counsel for the United States of America in the above-captioned matter.

Respectfully submitted this 20th day of September, 2018.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

/s/Jonathan B. Granoff

/s/ Rosaleen T. O'Gara
JONATHAN B. GRANOFF
ROSALEEN T. O'GARA
Assistant U.S. Attorneys