ELIZABETH A. STRANGE
First Assistant U.S. Attorney
District of Arizona
ROSALEEN O'GARA
Assistant U.S. Attorney
Arizona State Bar No. 029512
JONATHAN GRANOFF
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: rosaleen.ogara@usdoj.gov
Email: jonathan.granoff@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | Mag No. 18-03295MJ |
|---|---|
| Plaintiff, | MOTION FOR SUMMONS FOR DEFENDANT NAMED IN AN INFORMATION |
| vs. | |
| Dennis Dickey, | (Pursuant to: Fed. R. Crim. P. 9(a)) |
| Defendant | |

The United States of America, through its undersigned attorneys, and pursuant to Fed. R. Crim. P. 9(a), hereby submits the attached affidavit establishing probable cause to believe that the offense alleged in the accompanying Information has been committed and that the defendant committed it, and respectfully requests this Court issue a summons for the defendant.

Respectfully submitted this 20th day of September, 2018.

ELIZABETH A. STRANGE
First Assistant U.S. Attorney
District of Arizona

ROSALEEN O'GARA
JONATHAN GRANOFF
Assistant U.S. Attorneys