

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Dennis Dickey,<br><br>    Defendant | Mag No. **18-03295MJ**<br><br>AFFIDAVIT IN SUPPORT OF SUMMONS FOR DEFENDANT NAMED IN AN INFORMATION<br><br>(Pursuant to: Fed. R. Crim. P. 9(a)) |

I, Brent Robinson, on oath, deposes and states:

1. I am a Special Agent of the United States Forest Service, Tucson, Arizona, and make this affidavit as such officer.

2. An Information has been filed in this matter charging that the defendant did Cause a Fire Without a Permit, in violation of 36 C.F.R. § 261.5.

3. I set forth the following facts to establish probable cause to believe that the offense alleged in the Information has been committed and that the defendant committed it:

On or about April 23, 2017, near Green Valley, in the District of Arizona, Dennis DICKEY did cause brush, and grass to burn by igniting a fire that spread to Coronado National Forest, federal land administered by the U.S. Forest Service. DICKEY started the fire by shooting a rifle at a target that he had constructed. Inside the target, DICKEY placed an amount of Tannerite, an explosive substance, intended to detonate when shot by a high-velocity firearm bullet. DICKEY fired the shot that exploded the Tannerite target, and the

resulting explosion caused a fire that spread and resulted in damage to more than 45,000 acres of land, and that explosion was caught on film by a witness. DICKEY immediately reported the fire to law enforcement, cooperated, and admitted that he started the fire. DICKEY did not have a permit allowing him to cause timber, trees, slash, brush, or grass to burn.

    4.    I hereby swear and affirm that the above facts are true and correct to the best of my knowledge and belief.

*Brent Robinson*
Special Agent Brent Robinson
U.S. Forest Service
Tucson, Arizona