# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. 18-mj-03295-N/A-DTF-1 |
| Plaintiff, | **ORDER** |
| v. | |
| Dennis Dickey, | |
| Defendant. | |

The Court having considered the Government's Motion for Summons [Doc. 3], good cause appearing,

IT IS ORDERED THAT the motion is granted.

Dated this 25th day of September, 2018.

_Leslie A. Bowman_
Leslie A. Bowman
United States Magistrate Judge