**Sean C. Chapman**
**Law Office of Sean C. Chapman, P.C.**
100 North Stone Avenue, Suite 701
Tucson, Arizona 85701
Telephone: (520) 622-0747
Fax: (520) 628-7861
Arizona State Bar No. 012088
Attorney for Defendant *Dickey*
Sean@seanchapmanlaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 18-03295MJ |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| Dennis Dickey, | |
| Defendant. | |

The Defendant DENNIS DICKEY, through counsel Sean C. Chapman of THE LAW OFFICE OF SEAN C. CHAPMAN, P.C., hereby gives notice of his appearance as counsel in this matter on behalf of Defendant DENNIS DICKEY, for all further proceedings herein.

Respectfully submitted this 24th day of September, 2018.

LAW OFFICE OF SEAN CHAPMAN, P.C.

BY:   /s/  Sean Chapman
           Sean Chapman

1

**CERTIFICATE OF SERVICE**

The undersigned certifies that on September 24, 2018, he caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification to the following:

Jonathan Granoff
jonathan.granoff@usdoj.gov
US Attorneys Office – Tucson, AZ
405 W. Congress, Suite 4800
Tucson, AZ 85701-4050

<u>Serena Lara</u>