# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

**United States of America**

  v.

**Dennis Dickey**

*PETTY*
**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

**No. 18-03295MJ-001-TUC-LAB**

Sean Chapman, Retained
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF** guilty on 9/28/2018 to the Information.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 36 C.F.R. § 261.5, Causing a Fire Without a Permit, a Class B Misdemeanor, as charged in the Information.

**IT IS THE JUDGMENT OF THIS COURT THAT** the defendant is hereby placed on **PROBATION** for a term of **FIVE (5) YEARS**. The defendant shall report to the probation office within 72 hours of sentencing.

## CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** REMITTED     **FINE:** WAIVED     **RESTITUTION:** $8,188,069.32

The Court finds the defendant does not have the ability to pay a fine and orders the fine waived.

The defendant shall pay restitution to the following victim(s) in the following amount(s):

| | |
|---|---|
| U.S. Forest Service | $5,164,118.64 |
| Bureau of Land Management | $562,562.01 |
| State of Arizona | $2,345,827.74 |
| Rosemont Copper | $85,200.73 |
| Robinson Cattle Company | $30,359.20 |
| Total Restitution: | $8,188,069.32 |

Case 4:18-mj-03295-LAB   Document 14   Filed 10/10/18   Page 2 of 4

18-03295MJ-001-TUC-LAB                                                                                              Page 2 of 4
USA vs. Dennis Dickey

The defendant shall pay the sum of $500.00 per month beginning 60 days after entry of judgment.

The initial payment of $100,000.00 withdrawn from defendant's Thrift Savings Account to be applied to his restitution and paid immediately upon entry of judgment in this case.

Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, Suite 130, 401 West Washington Street, SPC 1, Phoenix, Arizona 85003-2118. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of REMITTED shall be paid pursuant to Title 18, United States Code, Section 3013 for the Information.

Any unpaid balance shall become a condition of supervision and shall be paid within 90 days prior to the expiration of supervision.  Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

## PROBATION

It is ordered that while on probation, the defendant must comply with the mandatory and standard conditions of supervision as adopted by this court, in General Order 17-18, which incorporates the requirements of USSG §§ 5B1.3 and 5D1.2. Of particular importance, the defendant must not commit another federal, state, or local crime during the term of supervision. Within 72 hours of sentencing or release from the custody of the Bureau of Prisons the defendant must report in person to the Probation Office in the district to which the defendant is released. The defendant must comply with the following conditions:

### MANDATORY CONDITIONS

1) You must not commit another federal, state or local crime.
2) You must not unlawfully possess a controlled substance. The use or possession of marijuana, even with a physician's certification, is not permitted.
3) You must refrain from any unlawful use of a controlled substance. The use or possession of marijuana, even with a physician's certification, is not permitted. Unless suspended by the Court, you must submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.

### STANDARD CONDITIONS

1) You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of sentencing or your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2) After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must

18-03295MJ-001-TUC-LAB								Page 3 of 4
USA vs. Dennis Dickey

    report to the probation officer as instructed.
3) You must answer truthfully the questions asked by your probation officer.
4) You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
5) You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6) You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
7) If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
8) You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
9) If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
10) You must follow the instructions of the probation officer related to the conditions of supervision.

**SPECIAL CONDITIONS**

The following special conditions are in addition to the conditions of supervised release or supersede any related standard condition:

1) You must provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the U.S. Attorney's Office.

Case 4:18-mj-03295-LAB   Document 14   Filed 10/10/18   Page 4 of 4

18-03295MJ-001-TUC-LAB                                                                                    Page 4 of 4
USA vs. Dennis Dickey

2)  Defendant shall make a public service announcement announcing the terms of the plea agreement subject to the approval of the U.S. Forest Service concerning the cause of the fire in this case.

**THE COURT FINDS** that you have been sentenced in accordance with the terms of the plea agreement and that you have waived your right to appeal and to collaterally attack this matter. The waiver has been knowingly and voluntarily made with a factual basis and with an understanding of the consequences of the waiver.

The Court may change the conditions of probation or supervised release or extend the term of supervision, if less than the authorized maximum, at any time during the period of probation or supervised release.  The Court may issue a warrant and revoke the original or any subsequent sentence for a violation occurring during the period of probation or supervised release.

Date of Imposition of Sentence:  **Tuesday, October 09, 2018**

Dated this 10th day of October, 2018.

_Leslie A. Bowman_
Honorable Leslie A. Bowman
United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:

, the institution
defendant delivered on _____ to _____ at _____
designated by the Bureau of Prisons with a certified copy of this judgment in a Criminal case.

United States Marshal                                                           By:       Deputy Marshal

18-03295MJ-001-TUC-LAB- Dickey        10/10/2018 - 2:31 PM