IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America | No. MJ-18-03295-001-TUC- LAB |
|---|---|
| Plaintiff, | **ORDER TERMINATING PROBATION PRIOR TO ORIGINAL EXPIRATION DATE** |
| v. | |
| Dennis Dickey | |
| Defendant. | |

On Tuesday, October 09, 2018, the above named was placed on probation for a period of five years. Dennis Dickey has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Dennis Dickey be discharged from supervision.

Respectfully submitted,

_____
Maria L. Garcia
U.S. Probation Officer

**ORDER OF COURT**

Pursuant to the above report, it is ordered that Dennis Dickey be discharged from supervision and that the proceedings in the case be terminated.

_____   1/10/20
Honorable Leslie Ann Bowman           Date
U.S. Magistrate Judge